THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| *PREMLATA BAID* and *CHANDRA PRAKASH BAID*, <br><br> Plaintiffs, <br><br> v. <br><br> *NAUTILUS, INC.*, a Washington Corporation, The *JEWISH COMMUNITY CENTER*, a Missouri non-profit corporation, and Reliable Restoration, <br><br> Defendants, <br><br> v. <br><br> RELIABLE RESTORATIONS, INC., <br><br> Third Party Defendant. | Cause No. 10-cv-622 <br><br><br> **DEFENDANT DEMANDS TRIAL BY JURY** |

## INTERLOCUTORY JUDGMENT OF DEFAULT

This matter is before the Court on Third Party Plaintiff's Motion for Default Judgment against Third Party Defendant, Reliable Restorations, Inc. After careful consideration of the Motion and the record in this case, it appearing that Third Party Defendant, Reliable Restorations, Inc. has failed to plead or otherwise defend in this action and that the Clerk has entered a Default against Third Party Defendant Reliable Restorations, Inc.

IT IS HEREBY ORDERED AND ADJUDGED that Third Party Plaintiffs have judgment against Third Party Defendant Reliable Restorations, Inc. as to liability in this cause.

IT IS HEREBY ORDERED AND ADJUDGED that Third Party Plaintiffs have an Interlocutory Judgment of Default for damages against Third Party Defendant Reliable

3121051\1

Restorations, Inc. in an amount to be determined upon the resolution of plaintiffs' claims against Defendant/Third Party Plaintiff Nautilus, Inc.

Dated this 8th day of Sept., 2011

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE