# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| PREMLATA BAID and CHANDRA PRAKASH BAID, ) ) ) Plaintiffs, ) ) v. ) ) NAUTILUS, INC., a Washington Corporation, ) ) Defendant/Third Party Plaintiff, ) ) THE JEWISH COMMUNITY CENTER, a ) Missouri Non-Profit Corporation, ) ) Defendant/Third Party Plaintiff, ) ) and ) ) RELIABLE RESTORATIONS, INC, a ) Missouri Corporation, ) ) Defendant/Third Party Defendant. ) | Cause No.: 4:10-CV-00622 |

## INTERLOCUTORY JUDGMENT OF DEFAULT

This matter is before the Court on Third Party Plaintiff's Motion for Default Judgment against Third Party Defendant, Reliable Restoration, Inc.

After careful consideration of the motion and the record in this case, it appearing that Third Party Defendant, Reliable Restoration, Inc. has failed to plead or otherwise defend in this action and that the Clerk has entered a default against Third Party Defendant Reliable Restoration, Inc.

IT IS HEREBY ORDERED AND ADJUDGED that Third Party Plaintiff's have judgment against Third Party Defendant Reliable Restoration, Inc. as to liability in this cause.



DEFENDANT'S EXHIBIT B

IT IS HEREBY ORDERED AND ADJUDGED that Third Party Plaintiff's have an interlocutory judgment of default for damages against Third Party Defendant Reliable Restoration, Inc. in an amount to be determined upon the resolution of Plaintiffs" claims against Defendant/Third Party Plaintiff The Jewish Community Center.

Dated this 8th day of Sep., 2011.

JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

2393559