# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PREMLATA BAID and )<br>CHANDRA PRAKASH BAID )<br>   )<br>Plaintiffs, )<br>   )<br>vs. )<br>   )<br>NAUTILUS, INC., a Washington )<br>Corporation, The JEWISH COMMUNITY )<br>CENTER, a Missouri non-profit corporation, )<br>and Reliable Restoration, )<br>   )<br>Defendants. )<br>   )<br>RELIABLE RESTORATIONS, INC., )<br>   )<br>Defendant/Third Party Defendant. ) | Cause No. 4:10-cv-00622-JCH |

## INTERLOCUTORY JUDGMENT OF DEFAULT

This matter is before the Court on Plaintiffs' Motion for Default Judgment against Defendant, Reliable Restorations, Inc. After careful consideration of the Motion and the record in this case, it appearing that Defendant, Reliable Restorations, Inc. has failed to plead or otherwise defend in this action and that the Clerk has entered a Default against Defendant Reliable Restorations, Inc.

IT IS HEREBY ORDERED AND ADJUDGED, Plaintiffs have judgment against Defendant Reliable Restorations Inc. as to liability in this cause.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs have an Interlocutory Judgment of Default for damages against Defendant Reliable Restorations Inc. in an amount to be determined upon the resolution of their claims against Defendant Nautilus, Inc. and the Jewish Community Center.

Dated this 19th day of September, 2011.

*/s/ Jean C. Hamilton*
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE